## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**GEORGENA H. SHAW,**

   **Plaintiff,**

**v.**                                              **Case No: 5:11-CV-547-Oc-34PRL**

**MARION COUNTY CLERK OF**
**COURTS**

   **Defendant.**

_____/

## ORDER

Pending before the Court is the Unopposed Motion to Excuse Plaintiff's Physical Attendance at Mediation. (Doc.29).  Plaintiff requests the Court to waive the requirement that she personally attend mediation on August 21, 2012 and allow her to appear telephonically because her husband is having major surgery on August 19, 2012. Plaintiff represents that Defendant has no objection.

However, rather than granting Plaintiff leave to participate telephonically, the Court finds that the better course of action would be to continue the scheduled mediation conference to a date when Plaintiff can personally participate.[1] The importance of personal attendance and participation at mediation is recognized in the Local Rules for the Middle District of Florida, which provides in relevant part that "[a]ll parties... shall be present at the Mediation Conference with full authority to negotiate a settlement."  M.D.Fla.R.9.05(c).  Personal attendance is the norm and is included as a requirement in the Local Rules in recognition of the fact that the mediation process is

_____

[1] While the Court previously granted Defendant's motion to excuse the physical attendance of its claims professional (Doc. 27), the Court views the physical attendance of the parties as critical to the mediation process, and thus, treats this motion differently.

not nearly as effective when the parties are not intimately involved in the personal dynamics of a mediation conference. Personal attendance at the mediation conference is for the benefit of all parties, including Plaintiff.

Accordingly, the Unopposed Motion to Excuse Plaintiff's Physical Attendance at Mediation (Doc. 29) is **DENIED**.  All of the parties will be required to personally attend the mediation conference.

**DONE** and **ORDERED** in Ocala, Florida on August 8, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Mediator:
Dudley D. Birder, Jr., Esquire
1301 Plantation Island Dr. S., Suite 206B
St. Augustine, Florida 32080